

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOANNE KIZER, | ) | Case No. CV 05-4431-PJW |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION FOR ATTORNEY FEES |
| JO ANNE B. BARNHART, Commissioner of the Social Security Administration, | ) ) ) ) | |
| Defendant. | ) ) | |

Plaintiff's counsel's unopposed motion for an award of attorney's fees in the amount of $12,000 (less $3,751 credit to Plaintiff for EAJA fees that should have been received) is GRANTED. The net fee is $8,249.

IT IS SO ORDERED.

DATED: July 25, 2008.

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Soc Sec\KIZER\attorney's fees.order.wpd